| In re: Rene Edgard Valverde Debtor(s). | CHAPTER: **13**<br>**AP Num: 2:13-ap-01382-VZ**<br>CASE NUMBER: **2:13-bk-17388-VZ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2151 E. Convention Center Way #211, Ontaio, CA 91764**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF SAN BERNARDINO SUPERIOR COURT CASE NUMBER UDRS122035 TO THE UNITED STATES BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/22/13**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Nancy K Curry (TR)**
**ecfnc@trustee13.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **3/22/13**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Vincent P. Zurzolo**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA 90012**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/22/13 | **Carlos M. Jaramillo 195343** | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| In re: Rene Edgard Valverde Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:13-bk-17388 |
|---|---|

**additional information**

attorney for Plaintiff
**Thomas B. Ritche**
**3281 Guasti Rd. Ste 425**
**Ontario, CA 91761**